FILED

March 3, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )        Case No. 2:14CR00052-KJM-1
            Plaintiff,                  )
                                        )
v.                                      )        ORDER FOR RELEASE OF
                                        )        PERSON IN CUSTODY
KAMAYAR SOLTANI,                        )
                                        )
            Defendant.                  )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KAMAYAR SOLTANI__ , Case No. _

2:14CR00052-KJM-1_ , Charge _26USC § 7201_ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)        _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

    Issued at _Sacramento, CA_ on _March 3, 2014_ at _2:00 pm_ .


                        By   /s/ Allison Claire/s/ Allison Claire
                             Allison Claire
                             United States Magistrate Judge

Copy 2 - Court