BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0052 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| KAMYAR SOLTANI, aka Kami Soltani, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby jointly request, pursuant to Federal Rule of Criminal Procedure 16(d)(1), that the Court approve the parties' stipulation and enter the proposed protective order below ("Protective Order") governing the disclosure by the government of certain documents and information implicating the private information, including tax return and return information, of third parties. By this stipulation, the parties agree and stipulate as follows:

1. Defendant Kamyar Soltani is charged with three counts of an attempt to evade or defeat a tax in violation of 26 U.S.C. § 7201.

2. The government possesses, and in the future may come into possession of, discovery materials in this case that contain, among other things, private financial information about individuals other than the defendant; other private information of individuals other than the defendant, including

social security numbers, addresses, and birth dates; and confidential tax returns and taxpayer return information of third parties within the meaning of 26 U.S.C. § 6103(b).  Disclosure of such tax return and taxpayer return information is governed by 26 U.S.C. §  6103(a), which mandates that return and return information will be confidential except as authorized by § 6103.  Section 6103(h)(4)(D) permits disclosure to the defense of such tax return and taxpayer return information in accord with Federal Rule of Criminal Procedure 16 and 18 U.S.C. § 3500, but further disclosure of this tax return and taxpayer return information by the defendant or his counsel is restricted by § 6103.

3. The government wishes to make available to the defendant and his counsel the documents and information described above, or similar material that may come into the government's possession in the future, but believes that because of the nature of such documents and information, it is appropriate for the Court to enter a protective order containing the provisions below.

Defendant Kamyar Soltani and plaintiff United States of America, by and through their respective counsel of record, hereby agree and stipulate to a Protective Order with the following provisions:

1. Some materials to be provided or made available by the government to the defendant as discovery or out of an abundance of caution (hereinafter discovery materials) relate to, or contain private and sensitive information about, individuals other than the defendant, are not public information, and include but are not limited to:  individuals' records, investigators or agency memoranda or reports, witness statements, memoranda of interviews, tax returns or return information, and correspondence with the Internal Revenue Service.  Accordingly, these discovery materials and all copies thereof should be protected from unnecessary dissemination.

2. Such discovery materials shall be identified as being subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs/DVDs, documents) themselves or in an accompanying cover letter.

3. The materials produced or made available by the government pursuant to this Protective Order may be used by the defendant, defendant's counsel and any employees or agents of defendant's counsel solely in the defense of this case.

4. Defendant's counsel and defendant shall not disclose the tax return information or other

1  private information contained in the discovery material directly or indirectly to any person except those
2  assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other
3  authorized persons, during the course of the investigation and defense of this case.

4       5.      The discovery material produced by the government shall not be copied or reproduced
5  unless the material is copied or reproduced for authorized persons to assist in the defense, and in the
6  event copies are made, the copies shall be treated in the same manner as the original material.

7       6.      When providing the discovery materials to an authorized person, the defendant's counsel
8  must inform the authorized person that the materials are provided subject to the terms of this Protective
9  Order and that the authorized person must comply with the terms of this Protective Order.

10       7.      The defendant's counsel shall inform the defendant of the provisions of this Protective
11  Order, the defendant shall be required to review the discovery in defendant's counsel's office, and
12  defendant's counsel shall direct the defendant not to disclose or use any information contained in the
13  government's discovery in violation of this Protective Order.  However, nothing contained in the
14  Protective Order will preclude any party from applying to the Court for further relief or for modification
15  of any provision hereof.

16       8.      The defendant and the defendant's counsel shall store the discovery in a secure place and
17  shall use reasonable care to ensure that it is not disclosed to third persons or their respective clients in
18  violation of this agreement.

19       9.      In the event that the defendant obtains substitute counsel, the defendant's undersigned
20  counsel agrees to withhold the protected discovery from new counsel unless and until substituted
21  counsel agrees to be bound by the Protective Order.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION & [PROPOSED] PROTECTIVE ORDER
U.S. V. SOLTANI, 2:14-CR-0052 KJM

3

10. The defendant's counsel shall be responsible for advising their respective clients, employees, and other members of the defense team of the contents of this Stipulation and the Protective Order.

IT IS SO STIPULATED.

Dated: November 16, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated: November 16, 2015

/s/ Donald Heller, Esq.
(as authorized by Mr. Heller on Nov. 13, 2015)
Donald Heller, Esq.
Counsel for Defendant
Kamyar Soltani

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 17, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE