DONALD H. HELLER, SBN 55717
DONALD H. HELLER
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone:	(916) 974-3500
Facsimile:	(916) 520-3497
E-mail: dheller@donaldhellerlaw.com
Attorneys for Defendant
Kamyar Soltani

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KAMYAR SOLTANI,<br>  aka Kami Soltani,<br><br>                              Defendant. | CASE NO.  2:14-CR-0052 GEB<br><br>STIPULATION TO MOVE THE TCH FROM JUNE 24, 2016 TO JUNE 17, 2016<br><br>TRIAL DATE: August 23, 2016 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.	The Trial Confirmation Hearing is scheduled for June 24, 2016 at 9:00am. Donald H. Heller, counsel for the defendant would like to change the Trial Confirmation Hearing date to June 17, 2016, because of Mr. Heller's changed family vacation plans.  Assistant U.S. Attorney Nirav Desai has no objection to moving the Trial Confirmation Hearing to June 17, 2016.

2.	Mr. Heller has communicated with this Court's Courtroom Clerk Shani Furstenau and was advised that June 17, 2016, is available for the Trial Confirmation Hearing in this matter.

3.	 The change of date of the Trial Confirmation Hearing by moving the hearing date

backwards to June 17, 2016, has no effect on this Court's findings on January 22, 2016, on the record of the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the scheduled commencement of trial on August 23, 2016.

IT IS SO STIPULATED.

Dated:  April 7, 2016                                         BENJAMIN B. WAGNER
                                                              United States Attorney

                                                              /s/ NIRAV K. DESAI
                                                              NIRAV K. DESAI
                                                              Assistant United States Attorney

Dated:  April 7, 2016                                         /s/ Donald H Heller, Esq.
                                                              Donald H. Heller, Esq.
                                                              Counsel for Defendant
                                                              Kamyar Soltani

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge