1  PHILLIP A. TALBERT
United States Attorney
2  NIRAV K. DESAI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-052 GEB

12                      Plaintiff,          STIPULATION CONTINUING TRIAL DATE AND
                                            REGARDING EXCLUDABLE TIME PERIODS
13              v.                          UNDER SPEEDY TRIAL ACT; [PROPOSED]
                                            FINDINGS AND ORDER
14  KAMYAR SOLTANI,
                                            CUREENT TRIAL DATE: February 28, 2017
15                      Defendant.          TIME: 9:00 a.m.
                                            COURT: Hon. Garland E. Burrell, Jr.
16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for trial commencing on February 28, 2017.

21       2.      By this stipulation, the government and the defendant now move to continue the trial date

22  until May 2, 2017, and to exclude time between February 28, 2017, and May 2, 2017, under Local Code

23  T4.  Time periods under the Speedy Trial Act were previously excluded through February 28, 2017 (dkt.

24  42).

25       3.      The parties agree and stipulate, and request that the Court find the following:

26              a)      The government has represented that the discovery associated with this case

27  includes documents and audio recordings totaling well-over 4,100 pages.  All of this discovery

28  has been either produced directly to counsel and/or made available for inspection and copying.

STIP. RE: TRIAL CONTINUANCE & EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

The defendant has produced over 3,000 pages of discovery, including financial and medical records of the defendant, to the government.

b)      The indictment charges the defendant with three counts of an Attempt to Evade or Defeat a Tax in violation of 26 U.S.C. § 7201.  The defendant's counsel has raised, and continues to investigate, two issues he believes to be relevant to the trial.

c)      First, he has represented that he is investigating certain issues related to the defendant's memory after a near-drowning, cardiac-infarct and a six-vessel cardiac bypass surgery, and intends to conduct additional interviews of the defendant's healthcare providers. The government has also been interviewing, and continues to interview, the defendant's healthcare providers on this issue.  Once the government has completed the interviews of the defendant's healthcare providers, it will provide reports of the same to the defendant.

d)      Second, the defendant's counsel has represented that he continues to investigate a set of transactions that defense believes "offsets" the tax due and owing alleged by the government.  The defendant's counsel has indicated his retained expert witness opined that she believes that there might be an offset of taxes due and owing and recommended a tax expert to address this issue; the government has received a report for the already-retained defense expert on matters not related to the "offset" issue.  The defendant's counsel also believes that the offset issue is relevant to the defendant's state of mind and intent.  The defendant requires additional time to investigate the offset issue including time to retain an expert, as well as time for such expert witness to produce a report to be disclosed to the government, which the government would then require time to review in advance of trial.  The defendant's counsel has indicated that he is in the process of retaining an expert witness, and any report(s) of such witnesses will be produced to the government.

e)      The defendant's counsel has indicated that he is investigating other issues related to challenging the factual support for each of the elements the government must prove.

f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      The government does not object to, and joins in, the continuance.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2017 to May 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

j)      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

4.      By this stipulation, and based on the proposed continued trial date, the government and

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1  the defendant further move to modify the Court's Trial Confirmation Order (dkt. 43) at page one such

2  that:  (a) motions in limine shall be filed no later than March 27, 2017; (b) oppositions to the motions in

3  limine or statements of non-opposition shall be filed no later than April 7, 2017; (c) reply briefs shall be

4  filed no later than April 14, 2017; and (d) hearing on the motions shall commence at 9:00 a.m. on April

5  21, 2017.

6          IT IS SO STIPULATED.

7

8

9  Dated:  December 14, 2016                    PHILLIP A. TALBERT
                                                United States Attorney

10

11                                             /s/ NIRAV K. DESAI
                                               NIRAV K. DESAI
12                                             Assistant United States Attorney

13

14 Dated:  December 14, 2016                   /s/ DONALD HELLER, ESQ.
                                               (as authorized on 12/14/16)
15                                             DONALD HELLER, ESQ.
                                               Counsel for Defendant
16                                             KAMYAR SOLTANI

17

18

19

20              **[PROPOSED] FINDINGS AND ORDER**

21     IT IS SO FOUND AND ORDERED.

22     Dated:  December 15, 2016

23

24

25  _____
    GARLAND E. BURRELL, JR.
26  Senior United States District Judge

27

28