**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**

**Kamyar Soltani**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:14-CR-00052-GEB |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | JUDGMENT AND SENTENCING |
| vs. ) | |
| ) | |
| Kamyar Soltani, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Nirav Desai, Esq., Assistant United States Attorney, and counsel for defendant Kamyar Soltani, Donald H. Heller, Esq. that the Judgment and Sentencing presently set for May 26, 2017, be continued to July 14, 2017, 2015 at 9:00 A.M.

The basis for this stipulation is that Mr. Heller is in engaged in two matters that require his attention, a complex civil matter that is venued in Colusa County, California, which was to commence trial on June 6, 2017, but was continued to October 31, 2017,

-1-
**STIPULATION AND [PROPOSED ORDER]**  Case No. 2:14-CR-00052-GGB

by motion by the defendants in that matter to amend pleadings and have a defendant's wife intervene which requires immediate motion work on the part of Mr. Heller to challenge the pleadings ordered filed and concurrently, preparation for a vehicular manslaughter trial beginning on June 23, 2017 with a trial readiness conference and trial commencing on June 26,2017, in Oakland, California, a retrial of a case that ended with a deadlocked jury in February 2017. Accordingly, Mr. Heller needs to these two time intensive matters.

In the matter at bench, a draft Presentence Report has been circulated and several informal objections have been made by Mr. Heller and the government.

It is further stipulated that the Schedule for disclosure be amended to reflect the following dates.

| | |
|---|---|
| Judgment and sentencing date: | 7/14/2017 |
| Reply or statement of non-opposition: | 7/07/2017 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel, no later than: | 6/30/2017 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 6/23/2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: (Defendant's delivered 4-21-2017) | 6/17/2017 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **Disclosed 4/14/2017** |

*//*

**STIPULATION AND [PROPOSED ORDER]**  **Case No. 2:14-CR-00052-GGB**

DONALD H. HELLER
A Law Corporation

Dated: April 26, 2017  /s/ Donald H. Heller
DONALD H. HELLER, ESQ.
Attorney for Defendant

Dated: April 26, 2017  /s/ Nirav Desai
Nirav Desai, Esq.
Assistant U.S. Attorney
Attorney for the United States

**ORDER**

Based on the stipulation by and between Assistant U.S. Attorney Nirav Desai, Esq. and Donald H. Heller, Esq., Good Cause Appearing, it is hereby ordered that Judgment and Sentence of the Defendant Kamyar Soltani be continued to July 14, 2017, at 9:00 AM.

**IT IS SO ORDERED**.

Dated: April 27, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge