**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA 95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**

**Kamyar Soltani**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**Kamyar Soltani,**<br>**Defendant.**<br>_____ | Case No. 2:14-CR-00052-GEB<br><br>**STIPULATION TO CONTINUE**<br>**JUDGMENT AND SENTENCING** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Nirav Desai, Esq., Assistant United States Attorney, and counsel for defendant Kamyar Soltani, Donald H. Heller, Esq. that the Judgment and Sentencing presently set for July 14, 2017, 2015 at 9:00 A.M., be continued to August 4, 2017.

The basis for this stipulation is that Mr. Heller was engaged in a jury from June 26, 2017 through July 3, 2017, in the Alameda County Superior Court and returned to his office on July 5, 2017. On June 25, 2017, Mr. Heller submitted a brief medical report

-1-
**STIPULATION AND [PROPOSED ORDER]**          Case No. 2:14-CR-00052-GGB

letter to U.S. Probation Officer Shannon Morehouse for inclusion as a supplement to the filed PSR. Ms. Morehouse filed the report as Document 55 on June 26, 2017. On Friday, June 30, 2017, Mr. Desai by secure e-mail, provided two additional items, a Memorandum of Investigation and a MP-4 YouTube video for my consideration in respect possible sentencing issues. Since sentencing memoranda by both parties are due on Friday July 7, 2017, and Mr. Heller needs additional time to review and consider the government's most recent discovery and since Mr. Heller will be commencing a prepaid vacation to Canada on July 20, 2107, and returning on July 29, 2017, it is stipulated that Judgment and Sentencing be continued to August 4, 2017.

Other than sentencing memoranda all sentencing filings have been made by the parties.

DONALD H. HELLER
A Law Corporation

Dated: July 5, 2017   */s/ Donald H. Heller*
DONALD H. HELLER, ESQ.
Attorney for Defendant

Dated: July 5, 2017   */s/ Nirav Desai*
Nirav Desai, Esq.
Assistant U.S. Attorney
Attorney for the United States

**[Nothing further on this page]**

# ORDER

Based on the stipulation by and between Assistant U.S. Attorney Nirav Desai, Esq. and Donald H. Heller, Esq., it is hereby ordered that Judgment and Sentence of the Defendant Kamyar Soltani be continued to August 4, 2017, at 9:00 AM.

**IT IS SO ORDERED**.

Dated: July 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge